### (May 14, 1965)

■ RICHARD WALKER, Appellant, v. EDWARD FELDMAN, Respondent. — Motion to dismiss appeal denied, without costs. (See CPLR 5528, subd. [b].) Gibson, P. J., Herlihy, Reynolds, Taylor and Hamm, JJ., concur.